■ PATRICK DOLAN, Respondent, et al., Plaintiff, v LASZLO N. TAUBER & ASSOCIATES, Defendant, and LIBERTY CONTRACTING CORP., Appellant. (And Other Actions.) [794 NYS2d 644]—Defendant Liberty Contracting Corp.'s appeal from order, Supreme Court, New York County (Marilyn Shafer, J.), entered October 12, 2004, unanimously dismissed as moot, without costs, in light of the order, same court and Justice, entered April 7, 2005. No opinion. Concur—Buckley, P.J., Mazzarelli, Andrias, Saxe and Friedman, JJ.

■ STEPHEN JOHNSON, an Infant, by MICHELLE MONTES and Another, His Parents and Natural Guardians, et al., Appellants, v CITY OF NEW YORK et al., Respondents. [794 NYS2d 645]—

Order, Supreme Court, New York County (Michael D. Stallman, J.), entered December 17, 2003, which granted defendants' motion for summary judgment dismissing the complaint and denied plaintiffs' cross motion for summary judgment, unanimously affirmed, without costs.

Defendants submitted sufficient proof of their lack of notice of tortious propensities of the nonemployee volunteer to demonstrate prima facie entitlement to judgment. Plaintiffs failed to present evidence to raise an issue of fact as to whether defendants had notice of Tony Sanchez's propensity to commit the crime, or whether the alleged earlier negligent hiring of Sanchez was the proximate cause of the injuries (*see Gomez v City of New York*, 304 AD2d 374 [2003]). Concur—Tom, J.P., Saxe, Ellerin, Nardelli and Sweeny, JJ.